IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CORDELIA JONES,

      Plaintiff,

vs.                                       4:06-CV-570-SPM/WCS

MICHAEL ASTRUE,
Commissioner of Social Security,

      Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 14). The parties have both been furnished a copy of the order and have been afforded an opportunity to file objections. No objections have been filed.

Accordingly, pursuant to 28, U.S.C. § 636(b)(1), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's Report and Recommendation (doc. 14) is adopted and incorporated by reference in this order.

2.    The decision of the Commissioner to deny benefits to Plaintiff Jones is hereby *affirmed*.

3. This case is *dismissed* and the clerk is directed to close the file.

**DONE AND ORDERED** this <u>seventh</u> day of August, 2007.

<u>  s/ Stephan P. Mickle  </u>
Stephan P. Mickle
United States District Judge